UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 13-80034-Cr-Marra



Antonio Beverly
   Movant,

v.

United States of America
   Respondent,
_____/

## NOTICE OF APPEAL

   I ANTONIO BEVERLY , hereby move this honorable court in the interest of justice , as he is placing the court of notice that he would like to appeal his sentence and conviction... Due to him being misinform by court appointed counsel.

Antonio Beverly
Reg: 02712-104
FDC-Miami
Miami , Florida 33101