## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 04, 2014

Michael J. Entin
Attorney at Law
1 E BROWARD BLVD STE 925
FORT LAUDERDALE, FL 33301-1845

Appeal Number: 14-11451-C
Case Style: USA v. Antonio Beverly
District Court Docket No: 9:13-cr-80034-KAM-2

Party To Be Represented: Antonio Markeith Beverly

Dear Counsel:

We are pleased to advise that you have been appointed to represent on appeal the indigent litigant named above. This work is comparable to work performed pro bono publico. The fee you will receive likely will be less than your customary one due to limitations on the hourly rate of compensation contained in the Criminal Justice Act (18 U.S.C. § 3006A), and consideration of the factors contained in Addendum Four § (g)(1) of the Eleventh Circuit Rules.

**Upon district court's order regarding the motion to withdraw as attorney, doc. # 997, further instructions will follow.**

Your Criminal Justice Act (CJA) Voucher is enclosed. The following additional documents are available on the internet at www.ca11.uscourts.gov:

- Instructions for Completing CJA Voucher
- Notice to Court-Appointed Counsel of Public Disclosure of Attorney Fee Information
- Addendum Four to the Eleventh Circuit Rules entitled Eleventh Circuit Plan Under the Criminal Justice Act

For questions concerning the CJA voucher, or if you do not have internet access and would like copies of these documents mailed to you, you may call the CJA Clerk at 404-335-6122. For all other questions, please call the "Reply To" number shown below.

Your claim for compensation under the Act should be submitted within 60 days after issuance of mandate or filing of a cert. petition. We request that you enclose with your completed CJA

Voucher one additional copy of each brief, petition for rehearing, and cert. petition which you have filed. Please ensure that your voucher includes a detailed description of the work you performed. Thank you for accepting this appointment under the Criminal Justice Act.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Walter Pollard, C / cpm
Phone #: (404) 335-6186

Enclosure

CJA-1 Appointment of Counsel Letter