NO. 14-11451-C

IN THE UNITED STATES COURT OF APPEAL
FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff / Appellee,*

v.

ANTONIO BEVERLY,
*Defendant / Appellant.*

On Appeal from the United States District Court
for the Southern District of Florida

MOTION TO WITHDRAW

<u>*Michael J. Entin, Esq*</u>.
Attorney For Appellant - Beverly
Michael J. Entin, PA
1 E. Broward Blvd., ste: 925
Ft. Lauderdale, Florida 33301
Telephone: (954) 745-4900
Fax:　　(954) 522-7008

THIS CASE IS ENTITLED TO PREFERENCE
(CRIMINAL APPEAL)

## CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

### United States v. Antonio Beverly
### Case No. 1-11451-C

Appellant Antonio Beverly files this Certificate of Interested Persons and Corporate Disclosure Statement, listing the parties and entities interested in this appeal, as required by 11th Cir. R. 26.1.

Alvarenga, William, Co-Defendant

Arvizu, Jessica Marie, Co-Defendant

Barkley, Michael Maxwell, Co-Defendant

Bartee, Jerrick David, Co-Defendant

Bartelmy, Javairs Reshad Co-Defendant

Bischoff, Cyrus A., counsel for Co-Defendant Moore

Bivins, Jr, George Evans, Co-Defendant

Bivins, Kirk Douglas, Co-Defendant

Bivins, Lavaris Rashard, Co-Defendant

Caruso, Michael, Interim Federal Defender

Chaney, Wilbur V., counsel for Co-Defendant Cobb

Chapman, Ronald Scott, counsel for Co-Defendant Sirmans

Cobb, Demetri Pernell, Co-Defendant

C-1

Cox, Jeffery L., counsel for Co-Defendant J. Toby

Della Fera, Richard Francis, counsel for Co-Defendant M. Toby

Donnally, Darren Duane, Co-Defendant

Entin, Michael James, counsel for the Appellant

Ferrer, Wilfredo, United States Attorney

Friedman, Jonathan S., counsel for Co-Defendant Lamare

Garland, II, Thomas, Richard, counsel for Co-Defendant Saintelus

George, Quatavious Carnell, Co-Defendant

Glinton, Wellington T., Co-Defendant

Golder, Randee J., counsel for Co-Defendant Bartelmy

Heller, Peter S., counsel for Co-Defendant Arvizu

Hodge, David Paul, counsel for Co-Defendant George

Holiday, Ernest Andrew, Co-Defendant

Howe, John Mark, counsel for Co-Defendant Razz

Innocent, Jean, Co-Defendant

Jones, Demetrice, Co-Defendant

Kasen, Jonathan Brett, counsel for Co-Defendant Holiday

Kaufman, Allen, counsel for Co-Defendant Louis

Kreiss, Jason, former counsel for the Appellant

C-2

Lamare, Dominic Perry, Co-Defendant

Lerman, Gregg Stuart, counsel for Co-Defendant Barkley

Louis, Evens Pierre, Co-Defendant

Lowe, Patrick Jarrod, Co-Defendant

MacRae, Patrick Emerson, counsel for Co-Defendant Glinton

Matthewman, Hon., William, United States Magistrate Judge

Marra, Hon., Kenneth A., United States District Court Judge

Mercy, Richard John, Co-Defendant

Mitchell, Glenn Herbert, counsel for Co-Defendant Mercy

Moore, Jr., Frank Davis, co-defendant

O'Donnell, John Francis, counsel for Co-Defendant Lavaris Bivins

Patanzo, Peter T., counsel for Co-Defendant Jones

Razz, Theresa Lashai, Co-Defendant

Reagan, Edward, counsel for Co-Defendant Lowe

Reinhart, Bruce, counsel for Co-Defendant Donnally

Robrish, Joel David, counsel for Co-Defendant Torres

Roth, Martin L., counsel for Co-Defendant Innocent

Serafini, Richard Aldo, counsel for Co-Defendant G. Bivins, Jr.

Saintelus, Jeannot, Co-Defendant

Rodriguez , Jr., Valentin, counsel for Co-Defendant Alvarenga

Saccoman, Lori Beth Mae, Co-Defendant

Schultz, Anne R., Assistant United States Attorney, Appellate Chief

Schumacher, Howard J., counsel for Co-Defendant Bartee

Sirmans, Calvin Leon, Co-Defendant

Smith, Michael G., counsel for Co-Defendant Williams

Toby, Jamie, Co-Defendant

Toby, Monica Deloris, Co-Defendant

Torrez, Daniel Emmanuel co-defendant

Tribuiani, Rinku, Assistant United States Attorney

Wahid, Khurrum B. counsel for Co-Defendant White

Wallace , III, Arthur Louis, counsel for Co-Defendant Saccoman

Waters, Robert, Assistant United States Attorney

White, Charles Garret, counsel for Co-Defendant Kirk Bivins

White, David Lendell, Co-Defendant

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO'S: 14-11451-C

UNITED STATES of AMERICA,
    Plaintiff/Appellee,

v.

ANTONIO BEVERLY,
    Defendant/Appellant.
_____/

## MOTION TO WITHDRAW

Undersigned counsel, appointed to represent the appellant, moves this Honorable Court to withdraw from any further representation of the appellant, and as grounds therefore, says:

1. The Initial Brief in this case is being filed simultaneously herewith. In undersigned counsel's considered judgement, there exists no meritorious issue to pursue that would relieve the appellant from the otherwise binding appellate waiver contained in his written plea agreement and any appeal is without merit. Undersigned counsel has examined the record, which reveals one fairly debatable issues raised at the time of sentencing and had there not been an appeal waiver provision in the appellant's plea agreement that issues may have been raised on

2

direct appeal.  Therefore, undersigned counsel is filing this initial brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 11 L.Ed.2d 493 (1967).

WHEREFORE, based on the above and foregoing, undersigned counsel respectfully requests this Court to grant this Motion to Withdraw as Counsel of Record.

*Michael J. Entin*
_____Michael J. Entin, Esq.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was uploaded electronically this 24th day of June, 2014 and mailed to Assistant United States Attorney Anne E. Schultz, United States Attorney's Office, 99 NE 4th Street, Miami, Florida 33128, and to Mr. Antonio Beverly, Reg. No. 02712-104, FCI Miami Low, Federal Correctional Institution, PO Box 779800, Miami, Florida 33177, on this 24th day of June, 2014.

*Michael J. Entin, Esq*.
Fla. Bar. No: 270261
Michael J. Entin, PA
1 E. Broward Blvd., ste: 925
Ft. Lauderdale, Florida 33301
Telephone:  (954) 745-4900
Fax:          (954) 522-7008
mjentin@aol.com
Counsel for Mr. Beverly
