## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 02, 2014

Antonio Markeith Beverly
FCI Miami - Inmate Legal Mail
PO BOX 779800
MIAMI, FL 33177

Appeal Number:  14-11451-CC
Case Style: USA v. Beverly

Your court-appointed attorney in this direct criminal appeal has filed with this court and served on you a motion to withdraw as counsel, together with a brief in support thereof. For your convenience, another copy of your court-appointed attorney's motion and brief are enclosed.

Within thirty (30) days from the date of this letter, you have the right to respond to the motion pursuant to Anders v. California, 386 U.S. 738 (1967). You may present any contentions (arguments) you choose which you believe show that your appeal has merit and that this court should hear your case. Your response may be either handwritten or typed. You should specify all factual and legal bases (grounds) for reversal of your conviction or sentence, including any legal authorities and citations in support thereof which are available to you. One copy of your response should be filed with this court, one copy should be served on your court-appointed attorney, and one copy should be served on the United States Attorney.

Upon receipt of your response (or after 30 days if you do not respond) your attorney's motion and brief and any response received from you will be submitted to the court. After consideration of these filings and review of the record of proceedings in the district court, this court may grant withdrawal of counsel and dismiss the appeal as frivolous, or if it finds any legal points of arguable merit, either deny counsel leave to withdraw or appoint counsel of the court's choice to further brief the appeal.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

APPT-3 Ltr to aplt CJA atty mot Anders