UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 06, 2014

Michael James Entin
Law Office of Jeffrey M. Harris
1 E BROWARD BLVD STE 925
FORT LAUDERDALE, FL 33301-1845

Appeal Number: 14-11451-CC
Case Style: USA v. Antonio Beverly
District Court Docket No: 9:13-cr-80034-KAM-2

Pursuant to Eleventh Circuit Rule 42-1(b) you are hereby notified that upon expiration of (14) days from this date, this appeal will be dismissed by the clerk without further notice unless the default noted below has been corrected:

File presentence investigation report.

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Joe Caruso
Phone #: (404) 335-6177

Enclosure(s)

DIS-1 Deficiency